# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. JOSEPH HALL                                                    Docket No. 3:01CR00036(JBA)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Joseph Zampano, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Joseph Hall who was sentenced to 57 months for Felon in Possession of a Firearm, in violation of 18 USC § 922(g)(1) by the Honorable Janet Bond Arterton sitting in the court at New Haven, Connecticut on April 27, 2001, who fixed the period of supervision at 3 years which commenced on September 3, 2004 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as directed by United States Probation Office (USPO). The defendant shall pay all, or a portion of, the costs associated with treatment based on his ability to pay, in an amount to be determined by USPO. The defendant shall submit to random urine test and monitoring as deemed necessary by USPO.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

The defendant is being cited for violating the following condition of supervised release:

**Standard Condition #1:** "The defendant shall not commit another federal, state or local offense."

The defendant was arrested by the Bridgeport Police on November 23, 2004 when he was charged with Possession of Narcotics and Conspiracy as well as Sale of Narcotics Within 1,500 Feet of a School. According to the police report, officers from the Tactical Narcotics Team, pursuant to a narcotics investigation, arrested the defendant and two other individuals on charges stemming from a narcotics transaction. According to the State's Attorney's Office and Department of Correction records, the defendant's next court date is set for January 26, 2005 and his bond is $75,000. State parole notified the Probation Office that they have also placed a detainer on the defendant pending the outcome of this case.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue and lodged as a detainer with the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this 1/11/05 day of January 2005 and ordered filed and made a part of the records in the above case.

The Honorable Janet Bond Arterton
United States District Judge

Sworn to By
Joseph Zampano
United States Probation Officer

Place New Haven, Connecticut

Date 1/11/05

Before me, the Honorable Janet Bond Arterton, United States District Judge, on this 11th day of January 2005 at New Haven, Connecticut, U.S. Probation Officer Joseph Zampano appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Janet Bond Arterton
United States District Judge

FILED 2005 JAN 11 A 10: 14 U.S. DISTRICT COURT NEW HAVEN, CT