CRIMINAL NO. 3:01CR00036(JBA)

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 3:01CR00036(JBA) |
| JOSEPH HALL | : October 20, 2005 |

**APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Christopher W. Schmeisser, Assistant United States Attorney, and respectfully informs this Honorable Court:

l. On Monday, October 31, 2005 at 10:00 a.m., there will come before this Court, at 141 Church Street, New Haven, Connecticut, the criminal case of United States of America v. Joseph Hall, Criminal No. 3:01CR00036(JBA).

2. That the above-named defendant, **JOSEPH HALL**, is charged with violation of supervised release.

3. That the said **JOSEPH HALL** is now confined at the Bridgeport Correctional Center, 1106 North Avenue, Bridgeport, Connecticut 06604.

4. That the said **JOSEPH HALL** should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offense, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden, Bridgeport Correctional Center, 1106 North Avenue, Bridgeport, Connecticut 06604, and the United States Marshal for the District of

        **CRIMINAL NO. 3:01CR00036(JBA)**

Connecticut, or any of his proper deputies, ordering them to produce the said **JOSEPH HALL** at the United States Courthouse, 141 Church Street, New Haven, Connecticut, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

        UNITED STATES OF AMERICA

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


        /s/
        CHRISTOPHER W. SCHMEISSER
        ASSISTANT UNITED STATES ATTORNEY
        157 CHURCH STREET, 23RD FLOOR
        NEW HAVEN, CT 06510
        TEL. (203) 821-3700
        FEDERAL BAR NO. ct14806
        Christopher.Schmeisser@usdoj.gov

CRIMINAL NO. 3:01CR00036(JBA)

| | |
|---|---|
| STATE OF CONNECTICUT | : |
| | : ss. New Haven, October 20, 2005 |
| COUNTY OF NEW HAVEN | : |

Personally appeared before me Christopher W. Schmeisser, Assistant United States Attorney for the District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the contents of same, that same is true of his own knowledge except as to such matters therein alleged to be on information and belief, and as to such matters, he believes it to be true.

/s/_____
AMY B. KONARSKI
NOTARY PUBLIC
My Commission Expires: 5/31/2008